# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-mj-487 RMM |
| v. | **NOTICE OF APPEARANCE** |
| JENNIFER PECK BUTEAU, | |
| Defendant. | |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant. Designation CJA Appointment.

Dated: July 2, 2021

    Respectfully submitted,

    _____
    Joseph R. Conte, Bar #366827
    Counsel for Jennifer Peck Buteau
    Law Office of J.R. Conte
    400 Seventh St., N.W., #206
    Washington, D.C. 20004
    Phone: 202.638.4100
    Fax:    202.628.0249
    E-mail:    dcgunlaw@gmail.com